UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20703-CIV-DIMITROULEAS

J.B. HARRIS,

     Plaintiff,                                       Magistrate Judge Rosenbaum

vs.

UNITED AUTOMOBILE INSURANCE
GROUP, INC., a Florida corporation, and
CERIDIAN CORPORATION, a foreign
corporation,

     Defendants.

_____/

### ORDER GRANTING, IN PART, PLAINTIFF'S COMBINED MOTION FOR ENLARGEMENT OF TIME TO AMEND SECOND AMENDED COMPLAINT OUT OF TIME AND MOTION FOR ENLARGEMENT OF TIME TO AMEND SECOND AMENDED COMPLAINT

THIS MATTER is before the Court upon the Plaintiff's Combined Motion for Enlargement of Time to Amend Second Amended Complaint Out of Time and Motion for Enlargement of Time to Amend Second Amended Complaint [DE 77]. The Court has carefully reviewed said Motion and is otherwise fully advised in the premises.

As grounds for the requested extension, the Plaintiff states that he experienced technical difficulties from his home in submitting the Complaint via the Court's online CM/ECF system, and that he requires additional time because of his involvement in other litigation. The Plaintiff requested a ten (10) day enlargement of time to amend the Second Amended Complaint. The Court finds no special circumstances to grant the Plaintiff beyond one (1) day to file a Third Amended Complaint.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Plaintiff's Combined Motion for Enlargement of Time [DE 77] is hereby

**GRANTED in part**;

2.  Plaintiff shall have one (1) day from the date of this Order to file a Third Amended

Complaint.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

11th day of September, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished:

Counsel of record