UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION

J.B. HARRIS,

    Plaintiff Pro Se,

v.                                  CASE NO: 08-20703-CIV-DIMITREOULEAS

UNITED AUTOMOBILE INSURANCE
GROUP, INC., a Florida corporation,
and CERIDIAN CORP., a foreign corporation,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN by Plaintiff of filing an appeal from the District Court's final order of dismissal with prejudice entered September 22, 2008. [D.E. 82].

Respectfully submitted this October 22, 2008,

                                      J.B. Harris & Assoc., P.A.

                                      By: _____
                                      J.B. HARRIS (FBN 495034)
                                      2555 Ponce De Leon Blvd., Suite 320
                                      Coral Gables, FL 33134
                                      Ph:    305-444-6121
                                      Fax:   305-444-5508
                                      e-mail: jbharrisesq@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on counsel for Defendants' this October 22, 2008, by filing this Notice with the Clerks, or by such other means as are necessary to effectuate service:

Maria Elena Abate
Amy L. Koltnow, Esq.
COLODNY, FASS, TALENFELD,
KARLINSKY & ABATE, P.A.
One Financial Plaza, 23rd Floor
100 S.E. Third Ave.
Ft. Lauderdale, FL 33394
mabate@cftlaw.com
akoltnow@cftlaw.com
Ph: 954-429-4010
Fax: 954-492-1144

Joelle C. Sharman
FORD & HARRISON LLP
1275 Peachtree St., N.E., Suite 600
Atlanta, GA 30309
jsharman@fordharrison.com
Ph: 404-888-3800
Fax: 404-888-3863

J.B. Harris & Assoc., P.A.
By: /s/ J.B. Harris
J.B. HARRIS (FBN 495034)
2555 Ponce De Leon Blvd., Suite 320
Coral Gables, FL 33134
Ph:    305-444-6121
Fax:   305-444-5508
e-mail: jbharrisesq@hotmail.com